THE STATE OF IOWA, Appellee, v. LOU BRISSOU, Appellant.

Nuisance: JUDGMENT: APPEAL.

*Appeal from Polk District Court.*—HON. W. F. CONRAD, Judge.

WEDNESDAY, OCTOBER 29, 1890.

ROBINSON, J.—The defendant, Lou Brissou, was convicted of the crime of nuisance, and from the judgment of the district court requiring him to pay a fine of five hundred dollars and costs, and to be imprisoned in default of payment, he appeals. The cause is submitted in this court on a tran ipt of the indictment, record of judgment, and notice of appeal. We find no error in the record. AFFIRMED.

---

THE STATE OF IOWA, Appellee, v. LOU FOLEY, Appellant.

Appeal in Criminal Cases: PRACTICE.

*Appeal from Polk District Court.*—HON. W. F. CONRAD, Judge.

WEDNESDAY, OCTOBER 29, 1890.

PER CURIAM.—The defendant was convicted of the crime of nuisance, and, his motion for new trial being overruled, judgment was pronounced upon the verdict, from which the defendant appeals. The case is submitted upon partial transcript, without briefs or arguments. The motion for new trial is not set out, and we cannot determine whether the court erred in its ruling or not. We discover no error in the record. The judgment of the district court is AFFIRMED.